**Opinion issued March 26, 2024**



In The

# Court of Appeals

For The

# First District of Texas

————————————

**NO. 01-23-00066-CV**

**NO. 01-23-00067-CV**

**NO. 01-23-00068-CV**

———————————

**BRENETTA NANEKE SHERMAN, Appellant**

**V.**

**SOLVAY USA, INC., RHONE-POULENCE INC., VENCOREX US, INC., AND ALFREDO CELAYA, Appellees**

---

**On Appeal from the 239th District Court**
**Brazoria County, Texas**
**Trial Court Case Nos. 112783-CV, 112783-CV-B, 112783-CV-C**

---

**MEMORANDUM OPINION**

Appellant Brenetta Naneke Sherman, proceeding pro se, failed to file a brief.

*See* TEX. R. APP. P. 38.6(a), 38.8(a).  This Court previously granted Appellant three

prior extensions to file her brief, but each time Appellant failed to file her brief seeking additional extensions instead. In our order granting Appellant's third request for an extension, we informed Appellant we were granting one last extension for her to file her appellate brief by January 12, 2024, and that failure to file her brief could result in dismissal of her appeal. *See* TEX. R. APP. P. 38.8(a), 42.3(b), 43.2(f). Instead of filing her brief by the due date, Appellant filed a letter on January 11, 2024 and another on March 7, 2024, requesting this Court to "look into this case," "investigate this matter," and "subpoena the original documents," which we construe as motions for a fourth extension.

We deny Appellant's motions and dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a), 42.3(b), 43.2(f). All other pending motions are denied as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Countiss, and Rivas-Molloy.